RECEIVED
IN MONROE, LA

OCT 17 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-30026-01 |
| VERSUS | JUDGE JAMES |
| DANIEL SHANE BOYETT | MAGISTRATE JUDGE HAYES |

### ORDER

Considering the foregoing motion by the defendant:

**IT IS HEREBY ORDERED THAT**, based on the Court's findings that, for the reasons stated in the defendant's motion, the ends of justice are served by granting a continuance of the trial of this matter beyond the period provided for by the Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the ends of justice which are served thereby outweigh the best interest of the public and the defendant to a speedy trial, the trial of this matter is continued and any period of delay resulting from this continuance shall be excluded in computing the time within which the trial of this matter must commence.

Pursuant to the Court's discussion with the attorneys for all parties, the jury trial of this matter has been scheduled for April 23, 2007.

THUS DONE AND SIGNED ON THIS the 17th day of October, 2006, in Monroe, Louisiana.

Judge Karen L. Hayes
U.S. MAGISTRATE JUDGE